is dismissed and the petition for writ of certiorari is denied. *Forrest B. Jackson* for appellant-petitioner.

No. 336. STACEY ET AL. *v.* PAPPAS. Appeal from the Supreme Judicial Court of Maine. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note probable jurisdiction. *Sidney W. Wernick* for appellants. *Israel Bernstein* for appellee.

No. 338. HOLMBY PRODUCTIONS, INC. ET AL. *v.* VAUGHN ET AL., CONSTITUTING THE KANSAS STATE BOARD OF REVIEW, ET AL. Appeal from the Supreme Court of Kansas. *Per Curiam:* Judgment reversed. *Joseph Burstyn, Inc.* v. *Wilson,* 343 U. S. 495; *Superior Films, Inc.* v. *Department of Education,* 346 U. S. 587. *James C. Wilson* for appellants. *Harold R. Fatzer,* Attorney General of Kansas, and *Paul E. Wilson,* Assistant Attorney General, for appellees.

No. 48, Misc. WETZEL *v.* MISSISSIPPI. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The appeal is dismissed and the petition for writ of certiorari is denied. *Albert Sidney Johnston, Jr.* for appellant-petitioner.

No. 308. YATES ET AL. *v.* UNITED STATES;
No. 309. SCHNEIDERMAN *v.* UNITED STATES; and
No. 310. RICHMOND ET AL. *v.* UNITED STATES. Certiorari, 350 U. S. 860, to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file brief of Linus Pauling et al., as *amici curiae,* is denied.